UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNRISE WIND LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>DOUGLAS J. BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior, *et al.*,<br><br>          Defendants. | C.A. No. 26-cv-00028-RCL |
| STATE OF NEW YORK *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>DOUGLAS J. BURGUM, in his official capacity as Secretary of the United States Department of the Interior, *et al.*,<br><br>          Defendants. | C.A. No. 26-cv-00072-RCL |

## [PROPOSED] ORDER TO CONSOLIDATE

Plaintiffs State of New York and the New York State Energy Research and Development Authority (together, the State) have moved to consolidate the above-captioned related actions for all purposes. Having considered all papers and evidence submitted in support of this motion, the Court finds that consolidation is warranted.

Accordingly, it is hereby:

**ORDERED** that the State's motion is GRANTED.

The Clerk of Court is respectfully directed to (1) consolidate *Sunrise Wind LLC v. Burgum*, 26-cv-00028-RCL, and *New York v. Burgum*, 26-cv-00072-RCL, for all purposes and (2) file a copy of this order in both cases.

All future documents in these cases shall be filed in *Sunrise Wind LLC v. Burgum*, 26-cv-00028-RCL.

**IT IS SO ORDERED** on this 23rd day of January, 2026.

Honorable Royce C. Lamberth
United States District Judge