**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NEW YORK, et al.

*Plaintiffs,*

v.

BURGUM, et al.,

*Defendants.*

**Case No. 1:26-CV-00072-RCL**

**ORDER**

Actions for review on an administrative record are exempt from typical scheduling orders. LCvR 16.3(b)(1). Therefore, the Court **ORDERS** the parties to meet and confer and to submit joint briefing within fifteen days proposing a schedule for briefing dispositive motions and for filing the administrative record.

**SO ORDERED.**

Date: 18 November, 2026

Royce C. Lamberth
Hon. Royce C. Lamberth
United States District Judge