UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NEW YORK, et al.

*Plaintiffs,*

v.

BURGUM, et al.,

*Defendants.*

**Case No. 1:26-CV-00072-RCL**

**ORDER**

It is hereby **ORDERED** that the Court's Meet & Confer Order [ECF No. 24] is hereby **VACATED.**

**SO ORDERED.**

Date: 18 November, 2026

Hon. Royce C. Lamberth
United States District Judge